```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 24511
   OSVALDO TREVINO
   ESMELDA TREVINO                             CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-2510    SSN XXX-XX-9833
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/30/04 and confirmed on 12/17/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 32634.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 25469.32 | .00 | 25469.32 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| NCM TRUST | UNSECURED | 5224.17 | .00 | 5224.17 |
| DELUCE MILANES MD | UNSECURED | NOT FILED | .00 | .00 |
| EXCELL LLC ST THERESE | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY HEALTH DEPT | UNSECURED | NOT FILED | .00 | .00 |
| MED HEALTH FINANCIAL SER | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SMART CORP | UNSECURED | NOT FILED | .00 | .00 |
| ST THERESE RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| ML MEDICAL BILLING | UNSECURED | NOT FILED | .00 | .00 |
| US SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND MORTGAGE CO | COST OF COLLE | 250.00 | .00 | 250.00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 25469.32 | 250.00 | 5224.17 | .00 | 30943.49 |
| PRINCIPAL PAID | 25469.32 | 250.00 | 5224.17 | .00 | 30943.49 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 25469.32 | 250.00 | 5224.17 | .00 | 30943.49 |

The Debtor's attorney, HAROLD M SAALFELD                , was allowed $         .00 and was paid $       .00 .

The Trustee received $   1335.24 .

Refunds to the Debtor totaled $      355.27 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 24511 OSVALDO TREVINO & ESMELDA TREVINO